IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICKY B. MILBOURNE** | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-CV-2807 |
| v. | : | |
| | : | |
| **WESTEND TOWING** | : | |
| **AND STORAGE, <u>et al.</u>** | : | |

### ORDER

**AND NOW**, this _____ day of November, 2002, having before the Court Plaintiff's Motion for Default Judgment (docket no. 7), for the reasons stated in this Court's Order dated October 8, 2002, **IT IS ORDERED** that the Motion is **DENIED**. It is **FURTHER ORDERED** that the Clerk of Court shall reject all future filings by Plaintiff unless he files a complaint and pays the filing fee or submits an amended application to proceed <u>in forma pauperis</u>.[1]

                                                      **BY THE COURT:**

                                                      _____
                                                      **BRUCE W. KAUFFMAN, J.**

---

      [1] The Court denied Plaintiff"s Motion to Proceed <u>In Forma Pauperis</u> on June 4, 2002 (docket no. 4). No complaint has been subsequently filed, and none of Defendants have been served. On June 6, 2002, the above-captioned action was terminated by the Clerk of Court.